FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO VALENCIA-RENTERIA (1),<br>ANTHONY JOSEPH MARTONE (2),<br><br>Defendants. | Criminal Case No. 07CR2963-IEG<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about October 1, 2007, within the Southern District of California, defendants ALEJANDRO VALENCIA-RENTERIA and ANTHONY JOSEPH MARTONE, did knowingly and intentionally import approximately 30.38 kilograms (approximately 66.83 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: October 30, 2007.

KAREN P. HEWITT
United States Attorney

[signature]

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
10/30/07